IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| BRIAN LECLAIR, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>AHOLD DELHAIZE USA SERVICES, LLC,<br><br>Defendant. | Case No.: 1:25-cv-00578 |

### NOTICE OF FILING OF BRIAN LECLAIR'S MOTION TO INTERVENE AND ESTABLISH SCHEDULE FOR MOTIONS TO APPOINT INTERIM CLASS COUNSEL

Proposed Intervenor Brian LeClair ("Intervenor"), by and through his undersigned counsel, hereby notifies this Court, that pursuant to Federal Rule of Civil Procedure 24, he has filed a motion to intervene in the case captioned *Henderson v. Ahold Delhaize USA Services, LLC, et al.*, Case No. 1:25-cv-00531 (M.D.N.C.) (the "*Henderson* Action"). If granted permission to intervene, Intervenor will ask the *Henderson* Court to set a schedule by which all interested counsel may submit an application for appointment as Interim Class Counsel pursuant to Fed. R. Civ. P. 23(g).

Dated: July 14, 2025.    Respectfully submitted,

*/s/ Ryan A. Valente*
Ryan A. Valente (N.C. Bar No. 40140)
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street

Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: teamvalente@poulinwilley.com
cmad@poulinwilley.com

-AND-

Gary F. Lynch*
gary@lcllp.com
Patrick D. Donathen*
patrick@lcllp.com
**LYNCH CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone:   (412) 322-9243
Facsimile:   (412) 231-0246

*Attorneys for Plaintiff and the Proposed Class*

**Pro hac vice* application forthcoming